Rachel R. Davidson (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorney for Plaintiff
Microsoft Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MICROSOFT CORPORATION, a
Washington Corporation,

Plaintiff,

v.

ONLINENIC, INC., a California
Corporation,

Defendant.

Case No. 08 4648

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF

Plaintiff Microsoft Corporation ("Microsoft") brings this action against Defendant ONLINENIC, INC. ("Defendant"), and alleges as follows:

I.   **JURISDICTION AND VENUE**

1.   This is a complaint for an injunction, damages and other appropriate relief to stop Defendant from infringing Microsoft's trade and service marks by registering Internet domain names that are identical or confusingly similar to Microsoft's trademarks and service marks, and by using those domain names in bad faith to profit from Microsoft's marks.

2.   In this action, Microsoft asserts violations of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); of sections 32 and 43 of the Lanham Act, 15 U.S.C. § 1114 (Trademark Infringement) and 1125(a) (False Designation of Origin, Unfair

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 1

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

1  Competition/False Advertising); of California statutory unfair competition law (CAL. BUS. &
2  PROF. CODE § 17200, *et. seq.*), and of California common law (Unjust Enrichment and Unfair
3  Competition).

4  3.  This Court has subject matter jurisdiction over Microsoft's claims pursuant to
5  15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

6  4.  This court has supplemental jurisdiction over the claims in this Complaint that
7  arise under state statutory and common law in the state of California pursuant to 28 U.S.C. §
8  1367(a), because the state law claims are so related to the federal claims that they form part of
9  the same case or controversy and derive from a common nucleus of operative facts.

10
11  5.  This court has personal jurisdiction over Defendant who has: (a) committed
12  intentional and tortuous acts within the state; (b) conducted substantial business within this
13  state related to the unlawful activity at issue in this Complaint; and (c) otherwise have availed
14  itself of this forum.

15  6.  Venue is proper in this court pursuant to 28 U.S.C. § 1391 because the
16  Defendant's principal place of business is within this judicial district and the Defendant
17  conducts substantial business within this judicial district related to the unlawful activity at
18  issue in this Complaint and because a substantial part of the events or omissions giving rise to
19  the claim occurred in this judicial district.

20  **II.   THE PARTIES**

21  7.  Plaintiff Microsoft is a Washington corporation with its principal place of
22  business in Redmond, WA.

23  8.  Defendant OnlineNic, Inc. is a California registered corporation with its
24  principle place of business in San Francisco.

25  9.
26

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 2

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

### III. MICROSOFT'S BUSINESS AND TRADEMARKS

10. Microsoft is a world leader in the market for software and related products. Microsoft offers a wide range of products and services, including but not limited to computer software such as the Microsoft Windows operating system and Microsoft Office; computer hardware and accessories including keyboards and mice; gaming systems such as the Microsoft XBOX and Microsoft XBOX 360; and Internet service and electronic mail services such as the MSN and Windows Live Hotmail services, to name a few.

11. Microsoft owns registrations for a number of trademarks and service marks that it uses to identify its products and services in the marketplace. Among the marks owned by Microsoft are the following registered marks (collectively the "Microsoft Marks"): ENCARTA; HALO; HOTMAIL; MICROSOFT; MSN; POWERPOINT; WINDOWS; WINDOWS MEDIA; WINDOWS SERVER; WINDOWS XP; XBOX; XBOX360.

12. Since at least March 1993, Microsoft has used in commerce the trademark / service mark "ENCARTA" to promote multimedia encyclopedias, online information services and other related products.

13. On December 9, 1992, Microsoft filed an "intent to use" application to register the ENCARTA mark. Based upon actual use beginning in March 1993, the United States Patent and Trademark Office issued registration No. 1,864,262 to Microsoft on November 22, 1994 for the ENCARTA mark. The ENCARTA mark is also the subject of United States Trademark Registration Nos. 1,874,547, 1,995,180, and 2,304,532. *See* Exhibit A. The ENCARTA mark is broadly recognized as a brand identifier for Microsoft's reference guides, encyclopedias, online information services and other related products.

14. Since at least October 2001, Microsoft's predecessor has used in commerce the trademark "HALO" to promote game software and other related products.

15. On February 11, 1999, Microsoft's predecessor filed an "intent to use" application to register the HALO mark. Based upon actual use beginning in October 2001,

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 3

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

the United States Patent and Trademark Office issued Registration No. 2,598,381 to Microsoft on July 23, 2002 for the HALO Mark. The HALO mark is also the subject of United States Trademark Registration Nos. 2,837,420 and others. *See* Exhibit B. The HALO mark is broadly recognized as a brand identifier for Microsoft's game software and related products.

16. Since at least July 4, 1996, Microsoft's predecessor has used in commerce the service mark "HOTMAIL" to promote electronic mail services as well as promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks and by delivering advertisements and promotional materials to others via electronic mail.

17. On April 10, 1997, Microsoft's predecessor applied to register the HOTMAIL mark, and on June 16, 1998, the United States Patent and Trademark Office issued Registration No. 2,165,601 to Microsoft's predecessor for the HOTMAIL mark. *See* Exhibit C. The HOTMAIL mark is broadly recognized as a brand identifier for Microsoft's electronic mail services as well as promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks and by delivering advertisements and promotional materials to others via electronic mail.

18. Since at least November 1975, Microsoft has used in commerce the trademark / service mark "MICROSOFT" to promote its products and services.

19. On October 22, 1979, Microsoft's predecessor applied to register the MICROSOFT mark and on July 6, 1982 the United States Patent and Trademark Office issued Registration No. 1,200,236 to Microsoft's predecessor for the MICROSOFT mark. The MICROSOFT mark is also the subject of United States Trademark Registration Nos. 1,256,083, 1,689,468, 2,250,973, 2,337,072 and others. *See* Exhibit D. Microsoft's MICROSOFT mark is broadly recognized as identifying plaintiff Microsoft and its various products and services.

20. Since at least March 7, 1995, Microsoft has used in commerce the trademark /

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 4

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

service mark "MSN" to promote computer hardware and software products, and electronic communications services.

21. On October 30, 1995, Microsoft applied to register the MSN mark, and on March 11, 1997, the United States Patent and Trademark Office issued Registration No. 2,043,004 to Microsoft for the MSN mark. The MSN mark is also the subject of United States Trademark Registration Nos. 2,131,644, 2,201,105, 2,418,517 and others. *See* Exhibit E. The MSN mark is broadly recognized as a brand identifier for Microsoft's hardware and software products, and electronic communications services.

22. Since at least April 20, 1987, Microsoft has used in commerce the trademark "POWERPOINT" to promote computer software.

23. On June 29, 1987, Microsoft applied to register the POWERPOINT mark, and on February 9, 1988, the United States Patent and Trademark Office issued Registration No. 1,475,795 to Microsoft for the POWERPOINT mark. *See* Exhibit F. The POWERPOINT mark is broadly recognized as a brand identifier for Microsoft's computer software.

24. Since at least October 18, 1983, Microsoft has used in commerce the trademark / service mark "WINDOWS" to promote computer hardware and software products, and other electronic services.

25. On August 20, 1990, Microsoft applied to register the WINDOWS mark, and on January 10, 1995 the United States Patent and Trademark office issued Registration No. 1,872,264 to Microsoft for the WINDOWS mark. The WINDOWS mark is also the subject of United States Trademark Registration Nos. 1,989,386, 2,005,901, 2,463,509, 2,463,510, 2,463,526 and others. *See* Exhibit G. The WINDOWS mark is broadly recognized as a brand identifier for Microsoft's software and hardware products and for other electronic services.

26. Since at least July 1998, Microsoft has used, in commerce, the trademark / service mark "WINDOWS MEDIA" to promote computer software for use in the creation, delivery, playing and viewing of video, graphic, audio, text, computer programs and other

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 5

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

data over global computer and communications networks.

27. On July 13, 1998, Microsoft applied to register the WINDOWS MEDIA mark, and on January 8, 2002 the United States Patent and Trademark Office issued Registration No. 2,528,008 to Microsoft for WINDOWS MEDIA. The WINDOWS MEDIA mark is also the subject of United States Trademark Registration Nos. 2,601,424 and 2,635,678. *See* Exhibit H. The WINDOWS MEDIA mark is broadly recognized as a brand identifier for Microsoft's computer software for use in the creation, delivery, playing and viewing of video, graphic, audio, text, computer programs and other data over global computer and communications networks.

28. Since at least 2003, Microsoft has used in commerce the trademark "WINDOWS SERVER" to promote operating systems and related products.

29. On March 25, 2003, Microsoft applied to register the WINDOWS SERVER mark and on January 31, 2006, the United States Patent and Trademark Office issued registration No. 3,056,149 to Microsoft for the WINDOWS SERVER mark. *See* Exhibit I. The WINDOWS SERVER mark is broadly recognized as a brand identifier for Microsoft's operating systems and related products.

30. Since at least March 14, 2001, Microsoft has used in commerce the trademark / service mark "WINDOWS XP" to promote operating systems and related products.

31. On January 19, 2001, Microsoft filed an "intent to use" application to register the WINDOWS XP mark. Based upon actual use beginning in March 2001, the United States Patent and Trademark Office issued Registration No. 2,640,353 to Microsoft on October 22, 2002 for the WINDOWS XP mark. The WINDOWS XP mark is also the subject of United States Trademark Registration Nos. 2,640,357, 2,691,662, 2,705,442 and others. *See* Exhibit J. The WINDOWS XP mark is broadly recognized as a brand identifier for Microsoft's operating system and related products.

32. Since at least December 1998, Microsoft has used in commerce the trademark /

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 6

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

service mark "XBOX" to promote video game software and hardware and related products, including the Xbox home entertainment system.

33. On October 18, 1999, Microsoft applied to register the XBOX mark, and on November 5, 2002, the United States Patent and Trademark Office issued Registration No. 2,646,465 to Microsoft for the XBOX mark. The XBOX mark is also the subject of United States Trademark Registration Nos. 2,663,880, 2,730,847, 2,775,859, 2,786,794, 2,792,744 and others. *See* Exhibit K. The XBOX mark is broadly recognized as a brand identifier for Microsoft's entertainment products.

34. Since at least November 22, 2005, Microsoft has used in commerce the trademark "XBOX 360" to promote interactive game devices.

35. On May 12, 2005, Microsoft applied to register the XBOX 360 mark, and on June 12, 2007, the United States Patent and Trademark Office issued Registration No. 3,252,556 to Microsoft for the XBOX 360 mark. The XBOX 360 mark is also the subject of United States Trademark Registration No. 3,300,210. *See* Exhibit L. The XBOX 360 mark is broadly recognized as a brand identifier for Microsoft's interactive game devices.

36. The Microsoft Marks, as well as others owned by Microsoft, are used in interstate commerce in connection with the sale, offering for sale, distribution, and advertising of Microsoft's products and services. The Microsoft Marks are distinctive and were distinctive at the time of all acts alleged herein. As a result of Microsoft's substantial investment, the Microsoft Marks have developed extensive goodwill in the market. Accordingly, the Microsoft Marks are extremely valuable to Microsoft.

### IV. MICROSOFT'S INTERNET PRESENCE

37. Microsoft also maintains a substantial presence on the Internet. Via the Internet, Microsoft advertises its products and services, transacts business with its customers, offers its customers access to many of its services, and provides product support, among other

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 7

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

things.

38. In order to provide its customers with easy access to its online products and services, Microsoft has registered a number of Internet domain names. Many of these domain names correspond to Microsoft's trademarks and service marks. Examples of such domain names are <microsoft.com>; <microsoftwindows.com>; <xbox.com>; <msn.com>.

39. Each of these domain names, as well as others registered to Microsoft, resolves to a Microsoft-created website that provides Microsoft's customers with information related to Microsoft's products and services. These websites generate business for Microsoft and allow Microsoft to maintain relationships with its customers.

## V. DEFENDANT'S UNLAWFUL ACTIONS

40. Upon information and belief, Defendant was and/or is the registrant, trafficker in, and user of numerous Internet domain names that contain or consist of Microsoft's marks and/or intentional misspellings of Microsoft's marks. These domain names are hereinafter referred to as the "Infringing Domain Names." A representative, though not necessarily exhaustive, list of 97 Defendant's Infringing Domain Names is attached hereto as **Appendix A**.

41. The Infringing Domain Names are identical or confusingly similar to Microsoft's marks. The Infringing Domain Names do not resolve to websites owned or endorsed by Microsoft.

42. Many of the Infringing Domain Names resolve to websites that are controlled by Defendant (collectively referred to as "Defendant's websites"). Many of these websites display advertisements and/or hyperlinks featuring goods or services that are directly competitive with Microsoft products and services.

43. When a person looking for a Microsoft website lands on one of Defendant's

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 8

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

websites, that person may click on one of the advertisements or hyperlinks on the site either because the person finds it easier to click on the advertisement or hyperlink than to continue searching for the Microsoft site, or because the person mistakenly believes Microsoft has authorized or endorsed the advertisements or hyperlinks. In either case, the person has been diverted from the Microsoft website he or she was seeking to visit, and Microsoft has lost the opportunity to interact with that person.

44. Defendant uses the Infringing Domain Names to profit from the Microsoft Marks. Defendant receives a payment when Internet users click on one or more links or advertisements on the websites of the Infringing Domain Names. Defendant receives these payments from one or more advertisers, affiliate programs, or search engines. Defendant also profits from the sale and trafficking of the Infringing Domain Names.

45. Defendant is not affiliated with, or sponsored by, Microsoft and has not been authorized by Plaintiff to use the Microsoft Marks. Defendant has not now or ever been authorized by Plaintiff to use or register any name or mark that includes the Microsoft Marks.

46. Defendant's registration, trafficking in, and use of the Infringing Domain Names is to primarily capitalize on the goodwill associated with the Microsoft Marks.

47. Upon information and belief, Defendant registered, trafficked in, and used the Infringing Domain Names willfully and with bad faith intent to profit from the Microsoft Marks.

**FIRST CLAIM FOR RELIEF**
(Cybersquatting under the Anti-Cybersquatting Consumer Protection Act – 15 U.S.C. § 1125(d))

48. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 46 above.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 9

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

49. The Microsoft Marks were distinctive at the time Defendant registered the Infringing Domain Names and remain distinctive today.

50. The Infringing Domain Names were identical or confusingly similar to the Microsoft Marks at the time Defendant registered the Infringing Domain Names, and remain so today.

51. Defendant has registered, trafficked in, and used the Infringing Domain Names with bad faith intent to profit from the goodwill established by Microsoft in the Microsoft Marks.

52. Defendant's registration, trafficking, and use of the Infringing Domain Names has caused and will continue to cause damage to Microsoft, in an amount to be proved at trial, and is causing irreparable harm to Microsoft, for which there is no adequate remedy at law. Therefore, Plaintiff is entitled to injunctive relief.

53. Microsoft is entitled to recover Defendant's profits, actual damages and costs in an amount to be proven at trial or statutory damages of up to $100,000 per domain name, treble damages, attorneys' fees and transfer of the Infringing Domain Names to Microsoft.

## SECOND CLAIM FOR RELIEF
**(Trademark Infringement Under the Lanham Act - 15 U.S.C. § 1114)**

54. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 52 above.

55. Defendant's wrongful and unauthorized use of the Microsoft Marks and counterfeits of the Microsoft Marks to promote, market, or sell products and services constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

56. Defendant's intentional and willful infringement of the Microsoft Marks has

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 10

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

caused and will continue to cause damage to Microsoft, in an amount to be proved at trial, and is causing irreparable harm to Microsoft for which there is no adequate remedy at law.

57. Microsoft is entitled to recover damages and to recover its costs herein in an amount to be proven at trial. Microsoft is also entitled to injunctive relief against Defendant.

58. Microsoft is further entitled to recovery of statutory damages, treble damages and attorneys' fees.

### THIRD CLAIM FOR RELIEF
**(False Designation of Origin Under the Lanham Act - 15 U.S.C. § 1125(a))**

59. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 57 above.

60. The Microsoft Marks are distinctive marks that are associated with Microsoft and exclusively identify Microsoft's business, products, and services.

61. Defendant has used and continues to use the Microsoft Marks in connection with goods or services, in commerce, in a manner that is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of such goods or services.

62. Microsoft has been damaged by these acts in an amount to be proved at trial. Microsoft is also entitled to injunctive and other equitable relief against Defendant.

### FOURTH CLAIM FOR RELIEF
**(Unfair Competition/False Advertising Under the Lanham Act - 15 U.S.C. § 1125(a))**

63. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 63 above.

64. Defendant has used and continues to use the Microsoft Marks in connection with goods or services with false and misleading descriptions or representations of fact in commercial advertising or promotion, thereby misrepresenting the nature, characteristics, and

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 11

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

qualities of their or another person's goods, services, or commercial activities.

65. Microsoft is entitled to damages in an amount to be proved at trial and attorneys' fees. Microsoft is also entitled to injunctive relief and other equitable relief against Defendant.

## FIFTH CLAIM FOR RELIEF
### Unfair Competition - CAL. BUS. & PROF. CODE § 17200 *et. seq.*

66. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 64 above.

67. The acts and conduct of Defendant as alleged above constitutes unfair competition as defined by California Business and Professions Code § 17200 *et. seq.*

68. The acts and conduct of Defendant is likely to cause confusion and mistake among customers, end-users, and the public as to the origin or association of Defendant's infringing Domain Names with Microsoft software and/or components. Because of Defendant's wrongful registration, use, and trafficking of the Infringing Domain Names, customers, end-users, and the public are deceptively led to believe that Defendant's websites and domain names are associated with, are sponsored by, or are otherwise approved by Microsoft.

69. Defendant's unlawful, unfair, and deceptive trade practices, and other conduct described above, constitutes unfair competition in violation of California Business and Professions Code § 17200 *et. seq.*

70. As a result, Microsoft is entitled to injunctive and equitable relief against Defendant.

## SIXTH CLAIM FOR RELIEF
### Common Law Unfair Competition

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

71. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 69 above.

72. The acts and conduct of Defendant as alleged above in this Complaint constitutes unfair competition pursuant to the common law of California.

73. The Microsoft Marks are distinctive and were distinctive at the time of all acts alleged herein. As a result of Microsoft's substantial investment, the Microsoft Marks have developed extensive goodwill in the market. Accordingly, the Microsoft Marks are extremely valuable to Microsoft.

74. Defendant is not affiliated with or sponsored by Microsoft and has not been authorized by Plaintiff to use or register any domain name that includes the Microsoft Marks.

75. Defendant's use of the Microsoft Marks has infringed on their distinctive features in a manner that tends to confuse, in the public mind, Defendant's products and advertising with Microsoft's products and advertising. Defendant's conduct has caused and will continue to cause damage to Microsoft and an illicit gain of profit to Defendant, and is causing irreparable harm to Microsoft for which there is no adequate remedy at law.

76. Defendant's actions were committed intentionally, maliciously, willfully and wantonly. Microsoft is entitled to disgorgement of ill-gotten gains and to an award of actual and punitive damages in an amount to be proven at trial.

### SEVENTH CLAIM FOR RELIEF
### Unjust Enrichment

77. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 75 above.

78. The acts of Defendant complained of herein constitute unjust enrichment of

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 13

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

Defendant at Microsoft's expense in violation of the common law of California.

79. Microsoft is entitled to disgorgement of ill-gotten gains and to an award of damages in an amount to be proved at trial.

## PRAYER FOR RELIEF

WHEREFORE, Microsoft respectfully requests that the Court enter judgment against Defendant as follows:

1. That the Court issue temporary and permanent injunctive relief against Defendant and that Defendant, its officers, agents, representatives, servants, employees, attorneys, successors and assignees, and all others in active concert or participation with Defendant, be enjoined and restrained from:

   a) infringing Microsoft's trademarks and service marks;

   b) registering, using, or trafficking any domain names that are identical or confusingly similar to the Microsoft Marks, including but not limited to domain names containing the Microsoft Marks and domain names containing misspellings of the Microsoft Marks;

   c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a) through b) above.

2. That the Court orders the forfeiture or cancellation of the Infringing Domain Names and the transfer of the Infringing Domain Names to Microsoft;

3. That the Court award Microsoft actual damages, liquidated damages, statutory damages, and punitive damages, in amount to be proven at trial;

4. That the Court award Microsoft treble damages in an amount to be proven at trial;

5. That the Court award Microsoft its attorneys' fees and costs incurred herein,

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 14

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

1. including prejudgment and post-judgment interest; and

2. 6. That the Court grants Microsoft all other relief to which it is entitled and such other or additional relief as is just and proper under these circumstances.

DATED this 7 day of October, 2008.

K&L GATES LLP

By _____
Rachel R. Davidson
Attorneys for Plaintiff
Microsoft Corporation

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 15

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

Rachel R. Davidson (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorney for Plaintiff
Microsoft Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MICROSOFT CORPORATION, a Washington Corporation,

    Plaintiff,

v.

ONLINENIC, INC, a California Corporation,

    Defendant.

Case No.

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 7, 2008

Respectfully Submitted,

K&L GATES LLP

By _____
Rachel R. Davidson
Attorneys for Plaintiff
Microsoft Corporation

## Appendix A – Defendant's Infringing Domain Names

baixarmsn.com
cheapxbox360games.com
descargarwindowslivemessenger.com
dirtymsn.com
downlodmsn.com
encarta2003.com
freeexbox360.com
freemicrosoftword.com
freemsnmessenger.com
freexbox360cheats.com
halo2demo.com
halo3toys.com
halo3toys.info
homehotmail.com
hotmailgirls.com
hotmailgreetings.com
hotmailhacker.com
hotmeill.com
hthotmail.com
iconosmsn.com
mcrosoftoffice.com
messengerwindows.com
meteomsn.com
microcrosoft.com
microscoftoffice.com
microsfotoffice.com
microsftupdates.com
microsoft2007.com
microsoftcompany.com
microsoftemplates.com
microsoftexcel2003.com
microsoftforstudents.com
microsoftfreetrial.com
microsoft-mobile.com
microsoftofficeaccess.com
microsoftofficehelp.com
microsoftofficeword2003.com
microsoftofficeword2003.info
microsoftofficeworks.com
microsoftofiice.com
microsoftopenoffice.com
microsoftphotostory.com
microsoftpowerpointpresentation.com
microsoftpublishers.com
microsofttechnicalsupport.com
microsofttrial.com
microsoftvirtualworld.com
micrsoftdownload.com
mircosoftupdate.com

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 16

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

| | |
|---|---|
| 1 | mirosoftoffice.com |
| | mirosoftoffice.info |
| 2 | miscrosoftword.com |
| | msnadresi.net |
| 3 | msnadultemoticons.com |
| | msnmessagner.com |
| 4 | msn-names.com |
| | msnpeople.com |
| 5 | msnsexchat.com |
| | nuevacuentahotmail.com |
| 6 | onlinehalo.com |
| | onlinehalo.info |
| 7 | rencontremsn.net |
| | windowhotmail.com |
| 8 | windows2003server.com |
| | windowsdesktopsearch.com |
| 9 | windowshelpmicrosoft.com |
| | windowshelpmicrosoft.info |
| 10 | windowsliveaccount.com |
| | windowslivebeta.com |
| 11 | windowslivemap.com |
| | windowslivemenseger.com |
| 12 | windowslivemesanger.com |
| | windowslivemessager.com |
| 13 | windowslivemessager.info |
| | windowslivemessemger.com |
| 14 | windowslivemessneger.com |
| | windowsmadia.com |
| 15 | windowsmediplayer.com |
| | windowsmeidaplayer.com |
| 16 | windowsmenssenger.com |
| | windowspvc.com |
| 17 | windowssecurityupdates.com |
| | windowsservicepack2.com |
| 18 | windowsservicepack2.info |
| | windowsupdater.com |
| 19 | windowsupdatewebsite.com |
| | windowsvirusprotection.com |
| 20 | windowsxp2000.com |
| | windowsxpupdates.com |
| 21 | www89hotmail.com |
| | wwwlivehotmail.com |
| 22 | wwwmsntv.com |
| | xboxcustomersupport.com |
| 23 | xbox-hacks.com |
| | xbox-scence.com |
| 24 | xxbox.net |
| | xxxmsn.net |
| 25 | |
| 26 | |

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 17

K&L GATES LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO, CA 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220