1  RACHEL R. DAVIDSON (State Bar No. 215517)
   K&L GATES LLP
2  Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
3  Phone:  415-882-8200
   Facsimile:  415- 882-8220
4
   PALLAVI MEHTA WAHI (*PRO HAC VICE*)
5  DAVID A. BATEMAN (*PRO HAC VICE*)
   K&L GATES LLP
6  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
7  Phone:  206-623-7580
   Facsimile:  206-623-7022
8
   Attorneys for Plaintiff
9  Microsoft Corporation

10 PERRY J. NARANCIC (State Bar. No. 206820)
   NARANCIC & KATZMAN, PC
11 325 Sharon Park Drive, #403
   Menlo Park, CA 94025
12 Phone: 650-814-7688
   Facsimile: 650-618-2700
13
   Attorney for Defendant
14 OnlineNic, Inc.

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

| 17 | MICROSOFT CORPORATION, a Washington Corporation, | Case No. C08-4648 MHP |
|---|---|---|
| 18 | | **[PROPOSED]** ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | ONLINENIC, INC., a California Corporation, | Date:   March 2, 2009<br>Time:   4:00 p.m.<br>Judge:  Honorable Marilyn Hall Patel |
| 22 | Defendant. | Dept.:  15,18th Floor |

23

24                          **ORDER**

25      Good cause appearing, the Court hereby grants Microsoft Corporation and OnlineNic,

26 Inc.'s stipulation to continue the Initial Case Management Conference to April 6, 2009 at 4:00

1  p.m.  The Initial Case Management Conference scheduled for March 2, 2009 is hereby

2  vacated.  The parties shall file their Joint Case Management Statement no later than March 23,

3  2009.

5  IT IS SO ORDERED

6
Dated:  2/11/2009
7                                                                                       Judge Marilyn H. Patel



[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
CIVIL LOCAL RULE 6-2(a)
Case No. C08-4648 MHP                              -2-                              Printed on Recycled Paper