RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

PALLAVI MEHTA WAHI (*PRO HAC VICE*)
DAVID A. BATEMAN (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Facsimile: 206-623-7022

Attorneys for Plaintiff
Microsoft Corporation

PERRY J. NARANCIC (State Bar. No. 206820)
Narancic & Katzman, PC
325 Sharon Park Drive, #403
Menlo Park, CA 94025
Phone: 650-814-7688
Facsimile: 650-618-2700

Attorney for Defendant
OnlineNic, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ONLINENIC, INC., a California Corporation,<br><br>　　　　　　　　　　　Defendant. | C08-4648 MHP<br><br>**NOTICE OF STIPLATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: The Honorable Marilyn Hall Patel |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant OnlineNic, Inc. through their designated counsel of record, that the above-entitled action is dismissed without prejudice, and that each party shall bear its own costs and attorneys' fees. The Parties further stipulate that OnlineNic, Inc. shall

1  not be entitled to recover costs or fees pursuant to Federal Rule of Civil Procedure 42(d) for any

2  action based upon or including the same claim brought by Microsoft Corporation against OnlineNic,

3  Inc. after the date of this Stipulation.

4  IT IS SO STIPULATED:

5  DATED: February 27, 2009                K&L GATES LLC

                                           By _____/s/_____
                                              Rachel R. Davidson
                                              Attorney for Plaintiff
                                              MICROSOFT CORPORATION

                                           NARANCIC & KATZMAN PC

                                           By _____/s/_____
                                              Perry J. Narancic
                                              Attorney for Defendant
                                              ONLINENIC, INC.

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA